IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOBRICK WASHROOM EQUIPMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> Y. STERN ENGINEERING (1989) LTD., A/K/A STERN ENGINEERING LTD., A/K/A STERN ENGINEERING 1989, A/K/A STERN FAUCETS, an Israeli Corporation, BARANTEC, INC., a Delaware Corporation, and DOES 1–9, <br><br> Defendants. | Civil Action No. 25-376-JLH-LDH |

## ORDER

At Wilmington this 10th day of February, 2026;

WHEREAS, Magistrate Judge Hatcher issued her Report & Recommendations on February 4, 2026 (D.I. 38, the "R&R), recommending that the Court grant Defendant Y. Stern Engineering (1989) Ltd.'s (a/k/a Stern Engineering Ltd., a/k/a Stern Engineering 1989, a/k/a Stern Faucets, an Israeli Corporation, "Stern") Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 13) and deny Defendants' Motion to Dismiss for Failure to State a Claim (D.I. 17);

WHEREAS, the Court has been advised that neither party intends to file objections to the R&R (D.I. 40);

WHEREAS, the Court has reviewed the R&R and finds no clear error on the face of the record; and

WHEREAS, Plaintiff has now withdrawn its Motion for Commencement of Discovery and to Compel a Rule 26(f) Conference (D.I. 36), so the parties' stipulation and proposed order to extend time to respond to that motion (D.I. 39) no longer requires any Court action;

NOW, THEREFORE, IT IS HEREBY ORDERED that

1. The R&R (D.I. 38) is ADOPTED.

2. Defendant Stern's Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 13) is GRANTED;

3. Defendants' Motion to Dismiss for Failure to State a Claim (D.I. 17) is DENIED.

4. The Clerk shall indicate on the docket that Plaintiff's Motion for Commencement of Discovery and to Compel a Rule 26(f) Conference (D.I. 36) has been withdrawn.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE