womblebonddickinson.com

WOMBLE BOND DICKINSON

Womble Bond Dickinson (US) LLP

1313 North Market Street
Suite 1200
Wilmington, DE 19801

t: 302.252.4320
f: 302.252.4330

Daniel Attaway
Partner
Direct Dial: 302-252-4365
Direct Fax: 302-661-7712
E-mail: Daniel.Attaway@wbd-us.com

September 18, 2026

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

Re: *Bobrick Washroom Equipment, Inc. v. Y.Stern Engineering (1989) Ltd. et al*, C.A. No. 25-cv-376-JLH

Dear Judge Hall:

As required in Paragraph 12 of the Scheduling Order (D.I. 46), counsel for the Bobrick Washroom Equipment, Inc. ("Bobrick") and counsel for Barantec, Inc. ("Barantec") met and conferred via Teams on September 17, 2026, attempting to narrow or agree on the proposed disputed claim constructions.

On September 15, 2026, prior to the meet and confer, counsel for Bobrick proposed the following compromise construction for the disputed term "spout": "a structure that includes an outwardly projecting portion, and through which a liquid can be discharged.". During the parties' discussion on that meet and confer, Barantec proposed the following compromise construction for the disputed term "spout": "a channel, pipe or conductor that projects substantially horizontally and outwardly from the dispenser, and through which a liquid can be discharged out of and away from the dispenser."

Daniel Attaway, G. Warren Bleeker, and Kyle Kellar participated in the meet and confer for Bobrick, and Greg Stuhlman, Adam Samansky, Peter Cuomo, Sam Cohen, and Amanda Metell participated in the meet and confer for Barantec, Inc. The call lasted approximately 20 minutes.

The parties were unable to reach an agreement for additional narrowing on the terms that have been submitted for construction by the Court, and they will be prepared to address those terms at the Claim Construction Hearing on October 9, 2026.

Attached is the Amended Joint Claim Construction Chart, which will also be provided to the Court in a Word version, as required by the Court's procedures.

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

Should Your Honor have any further questions, we are available at the Court's convenience.

Respectfully submitted,

**Womble Bond Dickinson (US) LLP**

Daniel Attaway
Partner

cc: Counsel of Record (via CM/ECF)