**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BOBRICK WASHROOM EQUIPMENT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>Y.STERN ENGINEERING (1989) LTD., A/K/A STERN ENGINEERING LTD., A/K/A STERN ENGINEERING 1989, A/K/A STERN FAUCETS, an Israeli Corporation, BARANTEC, INC., a Delaware Corporation, and DOES 1-9,<br><br>Defendants. | ) | C.A. No. 1:25-cv-00376-JLH |

**AMENDED JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Paragraph 12 of the Court's Scheduling Order (D.I. 46), Plaintiff Bobrick Washroom Equipment, Inc. ("Plaintiff" or "Bobrick") and Defendant Barantec, Inc. ("Defendant" or "Barantec") hereby submit this Amended Joint Claim Construction Chart regarding United States Patent Number 8,579,157 ("the '157 patent") identifying for the Court the claim terms on which the parties have agreed upon constructions for the case, and the claim terms on which the parties have a dispute as to the construction, including the parties' proposed constructions of the disputed claim terms and citations to the supporting intrinsic evidence.

The parties reserve the right to rely on any intrinsic evidence cited for a claim term, regardless of which party proposed such term/evidence, as well as any figures, tables, examples, and/or references cited or incorporated by reference in the '157 patent and its file history, even if not explicitly referred to herein. The parties further reserve the right to amend these charts, as necessary and appropriate under the local rules. The parties further reserve the right to rely on

relevant extrinsic evidence to support their proposed constructions and/or oppose the other party's proposed constructions.

The portions of the intrinsic record upon which the parties may rely are identified below:

| Description | Bates |
|---|---|
| '157 patent File History, Preliminary Amendment (10/1/2010) | BOBRICK-BAR00000196–202 |
| '157 patent File History, Non-Final Rejection (6/4/2012) | BOBRICK-BAR00000156–60 |
| '157 patent File History, Reply to Non-Final Rejection (9/4/2012) | BOBRICK-BAR00000135-48 |
| '157 patent File History, Non-Final Rejection Office Action (11/1/2012) | BOBRICK-BAR00000128–32 |
| '157 patent File History, Reply to Non-Final Rejection (2/1/2013) | BOBRICK-BAR00000104–20 |
| '157 patent File History, Final Rejection Office Action (4/11/2013) | BOBRICK-BAR00000096–100 |
| '157 patent File History, Applicant Initiated Interview Summary (5/20/2013) | BOBRICK-BAR00000092–94 |
| '157 patent File History, Reply to Final Rejection (7/11/2013) | BOBRICK-BAR00000069–84 |
| '157 patent File History, Amendment after Notice of Allowance (Rule 312), Claims, Applicant Arguments/Remarks Made in an Amendment (8/27/2013) | BOBRICK-BAR00000034–47 |
| '157 patent File History, Response to Amendment under Rule 312 (9/19/2013) | BOBRICK-BAR00000029–30 |

The parties have met and conferred and have not agreed on constructions of any terms.

The parties dispute the constructions of the following terms:

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| 1 | "spout"<br><br>'157 patent: claims 14, 17, 45 | "a structure through which a fluid travels toward a discharge point of the dispenser"<br><br>Proposed compromise construction:<br><br>"a structure that includes an outwardly projecting portion, and through which a liquid can be discharged" | *See, e.g.*, '157 patent at 1:43-2:65, 3:50-4:3, 4:46-50, 6:5-21, 6:38-45, 6:57-67, 8:1-6, 8:25-51, and Figs. 1 and 4.<br><br>*See also* '157 patent File History, 10/1/2010 Preliminary Amendment (BOBRICK-BAR00000196–202);<br><br>'157 patent File History, 1/4/2012 Office Action (BOBRICK-BAR00000156–60);<br><br>'157 patent File History, 9/4/2012 Applicant's Reply to Non-Final Rejection (BOBRICK-BAR00000135-48);<br><br>'157 patent File History, 11/1/2012 Office Action (BOBRICK-BAR00000128–32); | Plain and ordinary meaning: "a channel, pipe or conductor that projects substantially horizontally and outwardly from some other structure, and through which a liquid can be discharged out of and away from the structure from which it projects"<br><br>Proposed compromise construction:<br><br>"a channel, pipe or | '157 patent, col. 1, ll. 19-21; col. 1, ll. 33-36; col. 1-2, ll. 65-6; col. 2 ll. 17-21; col. 2, ll. 33-49-56; col. 2, ll. 57-65; col. 3, ll. 15-21; Fig. 4; col. 3, ll. 46-54; Fig. 1; Fig. 2; col. 3, ll. 56-64; Fig, 3; col. 3, ll. 62-64; col. 4, ll. 1-3; col 4, ll. 46-49; col. 6, ll.1-9; col. 6, ll. 13-16; col. 6, ll. 18-21; col. 6, ll. 38-46; col. 6, ll. 65-67; col. 8, ll. 1-6; col. 8, ll. 31-34; col. 8, ll. 45-51, col. 10, ll. 14-23; col. 10, ll. 30-31; col. 14, ll. 4-15.<br><br>*See also* Prosecution History of the '157 patent, Non-Final Rejection (06/04/2012), BOBRICK-BAR00000156–60; Applicant's Reply (9/4/2012), BOBRICK-BAR00000135-48; Office action (11/1/2012), BOBRICK-BAR00000128–32; Applicant's Reply (2/1/2013), BOBRICK-BAR00000104–20; Office action (4/11/2013), BOBRICK-BAR00000096–100; Applicant Initiated Interview |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | '157 patent File History, 2/1/2013 Applicant's Reply to Non-Final Rejection (BOBRICK-BAR00000104–20);<br><br>'157 patent File History, 4/11/2013 Office Action (BOBRICK-BAR00000096–100);<br><br>'157 patent, File History, 7/11/2013 Applicant's Reply to Final Rejection (BOBRICK-BAR00000069–84). | conductor that projects substantially horizontally and outwardly from the dispenser, and through which a liquid can be discharged out of and away from the dispenser" | Summary (05/20/2013), BOBRICK-BAR00000092–94; Applicant's Reply (7/11/2013), BOBRICK-BAR00000069–84; Amendment after Notice of Allowance under Rule 312 (08/27/2013), BOBRICK-BAR00000034–47; Response to Amendment under Rule 312 (09/19/2013), BOBRICK-BAR00000029–30.<br><br>All evidence identified by Bobrick in support of their proposed constructions on July 17, 2026 pursuant to Scheduling Order (D.I. 46) |
| 2 | "neck"<br><br>'157 patent: claims 14, 45 | Plain and ordinary meaning: "A relatively narrow, elongated structure" | *See, e.g.*, '157 patent at 1:43-2:65, 3:50-56, 6: 38-67, 7:37-8:51, and Figs. 1-4.<br><br>*See also* '157 patent File History, 10/1/2010 Preliminary Amendment (BOBRICK-BAR00000196–202); | "a separate member that is attachable" | '157 patent, col. 1-2, ll. 65-4; col. 2, ll. 5-52; col. 2, ll. 57-62; col. 3, ll. 15-20; Fig. 4; col. 3, ll. 34-45; col. 3, ll. 50-56; Fig. 3; col. 6, ll. 38-45; col. 6, ll. 46-47; col. 6, ll. 57-67; Fig. 1; Fig. 2; col. 7, ll. 37-40; col. 7, ll. 41-55; col. 7-8, ll. 56-51; col. 10, ll. 14-23; col. 14, ll. 4-15.<br><br>*See also* Prosecution History of |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | '157 patent File History, 1/4/2012 Office Action (BOBRICK-BAR00000156–60);<br><br>'157 patent File History, 9/4/2012 Applicant's Reply to Non-Final Rejection (BOBRICK-BAR00000135-48);<br><br>'157 patent File History, 11/1/2012 Office Action (BOBRICK-BAR00000128–32);<br><br>'157 patent File History, 2/1/2013 Applicant's Reply to Non-Final Rejection (BOBRICK-BAR00000104–20);<br><br>'157 patent File History, 4/11/2013 Office Action (BOBRICK-BAR00000096–100);<br><br>'157 patent, File History, 7/11/2013 Applicant's Reply to Final Rejection (BOBRICK- | | the '157 patent, Non-Final Rejection (06/04/2012), BOBRICK-BAR00000156–60; Applicant's Reply (9/4/2012), BOBRICK-BAR00000135-48; Office action (11/1/2012), BOBRICK-BAR00000128–32; Applicant's Reply (2/1/2013), BOBRICK-BAR00000104–20; Office action (4/11/2013), BOBRICK-BAR00000096–100; Applicant Initiated Interview Summary (05/20/2013), BOBRICK-BAR00000092–94; Applicant's Reply (7/11/2013), BOBRICK-BAR00000069–84; Amendment after Notice of Allowance under Rule 312 (08/27/2013), BOBRICK-BAR00000034–47; Response to Amendment under Rule 312 (09/19/2013), BOBRICK-BAR00000029–30.<br><br>All evidence identified by Bobrick in support of their proposed constructions on July 17, 2026 pursuant to Scheduling |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | BAR00000069–84). | | Order (D.I. 46). |
| 3 | "extending from"<br>'157 patent: claims 14, 45 | Plain and ordinary meaning: "projecting from the structure from which it extends" | *See, e.g.*,'157 patent at 1:43-2:65, 4:24-35, 4:44-50, 4:53-56, 8: 7-13, and Figs. 1-4.<br><br>*See also* '157 patent File History, 10/1/2010 Preliminary Amendment (BOBRICK-BAR00000196–202);<br><br>'157 patent File History, 1/4/2012 Office Action (BOBRICK-BAR00000156–60);<br><br>'157 patent File History, 9/4/2012 Applicant's Reply to Non-Final Rejection (BOBRICK-BAR00000135-48);<br><br>'157 patent File History, 11/1/2012 Office Action (BOBRICK-BAR00000128–32); | Plain and ordinary meaning: "Being contiguous with and adjacent to, such that the extending structure is in direct physical contact with the structure from which it extends" | '157 patent, col. 1-2, ll. 65-4; col. 2, ll. 12-49; col. 2, ll. 57-65; col. 4, ll. 29-30; col. 4, ll. 44-50; col. 4, ll. 54-56; col. 8, ll. 7-13; Fig. 1; Fig. 2; Fig. 4; Fig. 3; col. 10, ll. 14-23; col. 14, ll. 4-15.<br>*See also* Prosecution History of the '157 patent, Non-Final Rejection (06/04/2012), BOBRICK-BAR00000156–60; Applicant's Reply (9/4/2012), BOBRICK-BAR00000135-48; Office action (11/1/2012), BOBRICK-BAR00000128–32; Applicant's Reply (2/1/2013), BOBRICK-BAR00000104–20; Office action (4/11/2013), BOBRICK-BAR00000096–100; Applicant Initiated Interview Summary (05/20/2013), BOBRICK-BAR00000092–94; Applicant's Reply (7/11/2013), BOBRICK-BAR00000069–84; Amendment after Notice of Allowance under Rule 312 (08/27/2013), BOBRICK- |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | '157 patent File History, 2/1/2013 Applicant's Reply to Non-Final Rejection (BOBRICK-BAR00000104–20);<br><br>'157 patent File History, 4/11/2013 Office Action (BOBRICK-BAR00000096–100);<br><br>'157 patent, File History, 7/11/2013 Applicant's Reply to Final Rejection (BOBRICK-BAR00000069–84). | | BAR00000034–47; Response to Amendment under Rule 312 (09/19/2013), BOBRICK-BAR00000029–30.<br><br>'All evidence identified by Bobrick in support of their proposed constructions on July 17, 2026 pursuant to Scheduling Order (D.I. 46). |
| 4 | "coupling"<br><br>'157 patent: claim 45 | Plain and ordinary meaning: "connecting or joining two structures" | *See, e.g.*, '157 patent at 1:43-2:65, 8:7-24, and Figs. 1-4.<br><br>*See also* '157 patent File History, 10/1/2010 Preliminary Amendment (BOBRICK-BAR00000196–202).<br><br>'157 patent File History, 1/4/2012 Office Action (BOBRICK- | Plain and ordinary meaning: "Directly fastening together or connecting two adjacent structures such that they are in direct physical contact" | '157 patent, col. 1, ll. 4-54; col. 2, ll. 5-11; col. 6, ll. 5-7; col. 8, ll. 13-18; Fig. 1; Fig. 2; Fig. 3; Fig. 4; col. 14, ll. 4-15.<br><br>*See also* Prosecution History of the '157 patent, Non-Final Rejection (06/04/2012), BOBRICK-BAR00000156–60; Applicant's Reply (9/4/2012), BOBRICK-BAR00000135-48; Office action (11/1/2012), BOBRICK-BAR00000128–32; |

| No. | Claim Term | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendant's Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | BAR00000156–60).<br><br>'157 patent File History, 9/4/2012 Applicant's Reply to Non-Final Rejection (BOBRICK-BAR00000135-48).<br><br>'157 patent File History, 11/1/2012 Office Action (BOBRICK-BAR00000128–32).<br><br>'157 patent File History, 2/1/2013 Applicant's Reply to Non-Final Rejection (BOBRICK-BAR00000104–20).<br><br>'157 patent File History, 4/11/2013 Office Action (BOBRICK-BAR00000096–100).<br><br>'157 patent, File History, 7/11/2013 Applicant's Reply to Final Rejection (BOBRICK-BAR00000069–84). | | Applicant's Reply (2/1/2013), BOBRICK-BAR00000104–20; Office action (4/11/2013), BOBRICK-BAR00000096–100; Applicant Initiated Interview Summary (05/20/2013), BOBRICK-BAR00000092–94; Applicant's Reply (7/11/2013), BOBRICK-BAR00000069–84; Amendment after Notice of Allowance under Rule 312 (08/27/2013), BOBRICK-BAR00000034–47; Response to Amendment under Rule 312 (09/19/2013), BOBRICK-BAR00000029–30.<br><br>All evidence identified by Bobrick in support of their proposed constructions on July 17, 2026 pursuant to Scheduling Order (D.I. 46). |

Dated: September 18, 2026

Respectfully submitted,

*/s/ Daniel M. Attaway*
Daniel M. Attaway (#5130)
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
(302) 252-4320
Daniel.Attaway@wbd-us.com

*Of Counsel:*

G. Warren Bleeker
Kyle W. Kellar
WOMBLE BOND DICKINSON (US) LLP
655 North Central Avenue, Suite 2300
Glendale, CA 91203
(626) 795-9900
Warren.Bleeker@wbd-us.com
Kyle.Keller@wbd-us.com

*Counsel for Plaintiff Bobrick Washroom Equipment, Inc.*

*/s/ Gregory E. Stuhlman*
Joseph B. Cicero (#4388)
Gregory E. Stuhlman (#4765)
CHIPMAN BROWN CICERO & COLE, LLP
1313 North Market Street, Suite 5400
Wilmington, DE 19801
(302) 888-2900
cicero@chipmanbrown.com
stuhlman@chipmanbrown.com

*Of Counsel:*

Adam P. Samansky
Peter J. Cuomo
MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO PC
One Financial Center
Boston, Massachusetts 02111
Phone: (617) 542-6000
Fax: (617) 542-2241
apsamansky@mintz.com
pjcuomo@mintz.com

*Counsel for Defendant Barantec, Inc.*